IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| COMMUNITY ASSOCIATION UNDERWRITERS OF AMERICA, INC., a/s/o HILL CONDOMINIUM,<br><br>Plaintiff,<br><br>v.<br><br>NORTHWESTERN ENERGY,<br><br>Defendant. | CV-25-45-BU-JTJ<br><br>**ORDER** |

Plaintiff has moved for an order allowing Kenneth T. Levine, Esq. to appear pro hac vice in this case with Matthew I. Sack, Esq., designated as local counsel. (Doc. 31.) The application of Mr. Levine appears to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Plaintiff's motion to allow Mr. Levine to appear in this Court (Doc. 31) is GRANTED, subject to the following conditions:

1.  Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

    2.   Mr. Levine must do his own work. He must do his own writing, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

    3. Mr. Levine shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

    4.   Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

    5.   Admission is personal to Mr. Levine, not the law firm he works for.

    6.   Local counsel will provide a copy of this order to pro hac counsel.

IT IS FURTHER ORDERED:

Mr. Levine must file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of her admission under the terms set forth above.

DATED this 30th day of October 2025.

_____
John Johnston
United States Magistrate Judge