IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| COMMUNITY ASSOCIATION UNDERWRITERS OF AMERICA, INC., a/s/o HILL CONDOMINIUM,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION d/b/a NORTHWESTERN ENERGY,<br><br>Defendant. | CV-25-45-BU-JTJ<br><br>ORDER |

Having considered Defendant Northwestern Energy's ("NWE") Motion to Dismiss (Doc. 12), the related briefing (Docs. 13, 15, and 18), and oral arguments on November 13, 2025, the Court, for the reasons stated in open court, **ORDERS** that NWE's Motion to Dismiss (Doc. 12) is **DENIED.**

DATED this 13th day of November 2025.

John Johnston
United States Magistrate Judge

1